UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICAN, | ) |
| | ) |
| VS. | ) DOCKET NO. 1:10-CR-385-RDP-JEO |
| | ) |
| XAVIER GIPSON, | ) |
| DEFENDANT. | ) |

## OBJECTION TO PRESENTENCE REPORT

Comes now the defendant, by and through his attorney of record, and files this Objection to the Presentence Report.

1.     Paragraph #26 alleges in part that the defendant brandished a pistol. The defendant has denied this allegation the entire case and did not plead guilty to brandishing a weapon. Defendant admitted to possessing the pistol in offense conduct. Defendant requests this paragraph correctly reflect the offense conduct as possession of the pistol.

2.     Paragraph #29 alleges in part that the defendant brandished a pistol. The defendant has denied this allegation the entire case and did not plead guilty to brandishing a weapon. Defendant admitted to possessing the pistol in offense conduct. Defendant requests this paragraph correctly reflect the offense conduct as possession of the pistol.

3.     Paragraph #92, specifically to count 6 which states a 7 year statutory consecutive sentence based on the allegation the defendant brandished a pistol. The defendant has denied this allegation the entire case and did not plead guilty to brandishing a weapon. Defendant admitted to possessing the pistol in offense conduct. Defendant requests this paragraph correctly reflect the offense conduct as possession of the pistol. Possession of a pistol results in a 5 year consecutive sentence.

4.     Defendant objects to any and all references that he brandished a pistol and any sentence whether statutory or guideline based on said assumption. The defendant has denied he brandished a pistol the entire case and did not plead guilty to brandishing a weapon. Defendant admitted to possessing the pistol in as part of offense conduct. Defendant requests any reference to brandishing be corrected to possession.

Respectfully submitted,
/s/ electronic signature
Dale Jones, Esq.
3250 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-7191

Facsimile: (205) 879-9281
E-mail: dalejonesatty@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon prties listed below, by filing same with the Clerk of Court using the CM/ECF system which will send notification of such filing to Kharybah Williams, United States Probation Officer this the 24 day of March, 2011.

/s/ Electronic Signature
Dale Jones