# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **1:10-CR-00385-RDP-JEO** |
| ) | |
| **THERON SAMUEL JOHNSON, ET, AL.,** ) | |

## MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Enid D. Athanas, Assistant United States Attorney, and moves the Court for permission to file a document under seal.

Respectfully submitted this the 23rd day of May, 2011.

                                           JOYCE WHITE VANCE
                                           United States Attorney

                                           */s/Electronic Signature*
                                           ENID D. ATHANAS
                                           Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the defendants by sending a copy of the same by electronic mail to their attorneys of record this the 23rd day of May, 2011.

*/s/Electronic Signature*
ENID D. ATHANAS
Assistant United States Attorney